```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

ZHENG ZHENG QUAN,                  :

    Petitioner,                    :

v.                                 :
                                                CIVIL ACTION 09-0094-KD-M

ERIC HOLDER,                       :
JANET NAPOLITANO,
CHRISTOPHER SHANAHAN,              :
WARDEN DAVID O. STREIFF,
                                     :

    Respondents.

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED and that this action be DISMISSED.

DONE this 23rd day of March, 2009.

                                          **s/ Kristi K. DuBose**
                                          **KRISTI K. DuBOSE**
                                          **UNITED STATES DISTRICT JUDGE**